UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLIN THOMAS,<br><br>                    Plaintiff,<br><br>  vs.<br><br>CHELAN SPINE LLC.,<br><br>                    Defendant. | NO: 2:21-CV-0238-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and without Costs (ECF No. 11).  The parties agree that all claims should be dismissed with prejudice and without costs or fees.  The Court has reviewed the record and files herein and is fully informed.

      According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

  1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or fees.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 1, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2